

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-317-LRH-(VCF) |
| ) | |
| MARTIN MEJIA-ORNELAS, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT MARTIN MEJIA-ORNELAS**

On December 6, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant MARTIN MEJIA-ORNELAS to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 21; Plea Agreement, ECF No. 18; Preliminary Order of Forfeiture, ECF No. 22.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 22) is final as to defendant MARTIN MEJIA-ORNELAS.

DATED this 21st day of Feb., 2013.

_____
UNITED STATES DISTRICT JUDGE