1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,           )
                                        )
9                       Plaintiff,      )
                                        )
10              v.                      )     2:12-CR-317-LRH-(VCF)
                                        )
11   MARTIN MEJIA-ORNELAS,              )
                                        )
12                      Defendant.      )

13

14   **FINAL ORDER OF FORFEITURE**

15          On December 6, 2012, the United States District Court for the District of Nevada entered a

16   Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

17   Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of

18   guilty by defendant MARTIN MEJIA-ORNELAS to a criminal offense, forfeiting specific property

19   agreed to in the Plea Agreement and alleged in the Criminal Indictment and shown by the United

20   States to have the requisite nexus to the offense to which defendant MARTIN MEJIA-ORNELAS pled

21   guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 18; Change of Plea Minutes, ECF

22   No. 21; Preliminary Order of Forfeiture, ECF No. 22.

23          This Court finds the United States of America published the notice of forfeiture in accordance

24   with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

25   from December 11, 2012, through January 9, 2013, and notified all known third parties by personal

26   service or by regular mail and certified mail return receipt requested, of their right to petition the

Court. Notice of Filing Proof of Publication, ECF No. 23; Notice of Filing Service of Process, ECF No. 28.

On April 9, 2013, Burl Meers was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 28, p. 3-9.

On April 9, 2013, Kevin Watson, was served by regular mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 28, p. 10-16.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1.    Glock 17, 9mm handgun, serial number ANU409US;

2.    Smith & Wesson, .38 caliber revolver, serial number R121046;

3.    Winchester, 30/30 rifle, serial number 5614006;

4.    Remington Shotgun, serial number W560083M; and

5.    any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as Any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 19th day of August, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE